UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :   LIMITED UNSEALING ORDER
                                   :
            - v. -                 :   22 Cr. 7
                                   :
MUHAMMAD ALI MEHRAN,               :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorneys Alexander Li and Kaylan Lasky;

WHEREAS the Indictment for defendant MUHAMMAD ALI MEHRAN in the above-captioned case is currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the Indictment unsealed for the limited purposes of allowing the United States Attorney's Office to transmit the Indictment to representatives from the U.S. Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement, intelligence, and diplomatic authorities, for purposes of effectuating provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, extradition requests and coordinating federal government and law enforcement and other U.S. and foreign government activity prior to the unsealing of the Indictment; it is hereby

ORDERED that the Indictment in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the Indictment and this Order shall remain under seal until further Order from the Court.

Dated:   New York, New York
         January 5, 2022

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK