

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 1, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2025
```

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Muhammad Ali Mehran,* 22 Cr. 007 (MKV)

Dear Judge Vyskocil:

    The Government respectfully writes on behalf of the parties to request a 45-day adjournment of the initial conference currently scheduled for October 7, 2025. The parties request this adjournment in order to continue ongoing discussions regarding a potential pretrial resolution, and to allow defense counsel more time to meet with his client with the assistance of a Farsi interpreter.

    In addition, the Government requests that time between October 7, 2025, and the date of the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussing a potential pretrial resolution. Defense counsel consents to this request.

    Thank you for your consideration.

GRANTED.
Conference is HEREBY ADJOURNED to November 25th at 11:30. All time is excluded from October 7th to November 25th under the Speedy Trial Act.

Sincerely,

JAY CLAYTON
United States Attorney

By: *[signature]*
Kaylan E. Lasky
Katherine Cheng
Assistant United States Attorneys
Southern District of New York
212-637-2315 / -2492

Date: 10/2/2025
New York, New York

*[signature: Mary Kay Vyskocil]*
Mary Kay Vyskocil
United States District Judge

cc:    Harvey Fishbein, Esq. (by ECF)